**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00061-CV**
_____

**ARMANDO VELARDEZ, Appellant**

**V.**

**CARLOS E. PARRA JR., Appellee**

_____

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 21-03-04078-CV**

_____

**ORDER**

Appellant Armando Velardez filed an unopposed Motion to Suspend the Rules of Operation and allow documents filed in another case, Trial Cause Number 18-11-15230-CV, to be filed as a supplemental clerk's record in this appeal. The Court seeks clarification from the trial court regarding whether it took judicial notice of records on file in Trial Cause Number 18-11-15230-CV when deciding issues in Trial Cause Number 21-03-04078-CV.

1

It is therefore, ordered that the appeal is abated and the cause is remanded to the trial court to determine whether in the course of proceedings in Trial Cause Number 21-03-04078-CV it took judicial notice of documents filed in Trial Cause Number 18-11-15230-CV. If the trial court finds it did take judicial notice, the trial court shall cause copies of the documents so noticed to be filed in the District Clerk's records for Trial Cause Number 21-03-04078-CV and included in a supplemental clerk's record to be filed with the Court of Appeals by August 15, 2022. The appeal will be reinstated without further order of this Court on the date the supplemental clerk's record is filed. The brief of the appellee shall be due thirty days after the supplemental clerk's record is filed.

ORDER ENTERED July 15, 2022.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.